IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

FILED
Jan 16 2017
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| SOS INTERNATIONAL LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. __18-73 C__ |

## NOTICE OF RELATED CASES

Pursuant to Rule 40.2 of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff, SOS International LLC ("SOSi"), by and through counsel, hereby files this Notice of Related Cases.

Because this case involves the same parties and the same contract as *SOS International LLC v. United States*, No. 16-317C, it is a related case pursuant to RCFC 40.2. Case No. 16-317C involved a discrete procedural matter earlier in this three-year procurement. The events since the conclusion of that protest form the primary basis for this protest. As such, pursuant to RCFC 40.2(3)(A)(iii), SOSi does not believe that assigning this case to the same judge is necessary "to conserve judicial resources [or] promote the efficient administration of justice."

As a matter of background, in Case No. 16-317C, the Plaintiff, SOSi, challenged the scope of corrective action taken in response to a protest filed by SOSi under Request for Proposals No. W564KV-15-R-0004 ("RFP" or "Solicitation") before the Government Accountability Office ("GAO"). The underlying GAO protest and the protest before this Court

related to a page-limit restriction in the solicitation. Case 16-317C was dismissed for lack of standing on July 16, 2016.

Since the dismissal of that case, the Army has engaged in a number of improper actions in this procurement, including improperly releasing SOSi's price in a public award notice, proposing to cancel the Solicitation and make a sole-source award to the incumbent, and, most recently, issuing an amendment that not only fails to cure the purported defects in the procurement but includes changes to the Solicitation that are unnecessary and favor the incumbent. These most recent actions form the basis for this protest.

Respectfully submitted,

/s/ Richard P. Rector

Richard P. Rector
Dawn E. Stern
Ethan M. Brown

DLA Piper LLP
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4400
(202) 799-5400 (Fax)
richard.rector@dlapiper.com

*Attorneys for SOS International LLC*

Dated:   January 16, 2018

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

|  |  |
|---|---|
| SOS INTERNATIONAL LLC ) | |
| ) | |
| Plaintiff, ) | No. _____ |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO RCFC 7.1

Pursuant to RCFC 7.1, Plaintiff, SOS International LLC ("SOSi"), through undersigned counsel, states that SOS International Ltd. is the parent company of SOSi. No publicly owned corporation owns 10 percent or more of SOSi's stock.

Respectfully submitted,

*/s/ Richard P. Rector*

Richard P. Rector
Dawn E. Stern
Ethan M. Brown

DLA Piper LLP
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4400
(202) 799-5400 (Fax)
richard.rector@dlapiper.com

Dated:  January 16, 2018          *Attorneys for SOS International LLC*