# In the United States Court of Federal Claims
BID PROTEST

|  |  |  |
|---|---|---|
| SOS INTERNATIONAL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 18-73C |
| v. | ) | (Filed: January 19, 2018) |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SIX3 INTELLIGENCE SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**ORDER**

Six3 Intelligence Solutions, LLC ("Six3") has filed an unopposed motion to intervene in this bid protest. ECF No. 12. Six3 is the awardee of the contract at issue in this case and therefore may intervene as of right pursuant to Rule 24(a)(2) of the Rules of the Court of Federal Claims (RCFC) to protect its substantial economic interest in the contract. See RCFC App. C ¶¶ 8(a)–(b). Accordingly, Six3's motion to intervene is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge