IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | |
|---|---|
| SOS INTERNATIONAL LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> SIX3 INTELLIGENCE SOLUTIONS, LLC, ) <br> ) <br> Defendant-Intervenor. ) <br> ) | No. 18-73C <br> Judge Kaplan |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1) of the Rules of the Court of Federal Claims, Plaintiff, SOS International LLC ("SOSi"), by and through counsel, hereby voluntarily dismisses the above-captioned action without prejudice.

Respectfully submitted,

*/s/ Richard P. Rector*

Richard P. Rector
Dawn E. Stern
Ethan M. Brown

DLA Piper LLP
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4400
(202) 799-5400 (Fax)
richard.rector@dlapiper.com

Dated: March 6, 2018                                    *Attorneys for SOS International LLC*